# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GABRIEL K. TANSON; LESSIE MAE TANSON; SIERRA-PACIFIC TECHNOLOGY, Inc., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:17-cv-00107-MCE-AC<br><br>**ORDER** |

In accordance with the parties' stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1) (A) (ii), and good cause appearing, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: June 16, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE